**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 57 MAL 2015
:
               Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v. :
:
:
:
DAVID EMANUEL COLLINS JR., :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.